JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar No. 13575
Steven.Rose@usdoj.gov
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT BUCKHANNON,<br><br>  Defendant. | Case No.: 2:22-cr-00040-JCM-EJY<br><br>**STIPULATION TO EXTEND RESPONSE DEADLINE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE [ECF No. 7]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorneys, Counsel for the United States of America; and Gia Marina, Counsel for Robert Buckhannon, that the Government's deadline to respond to Defendant's Motion for Early Termination of Supervised Release [ECF No. 7], currently set for June 23, 2023, be vacated and continued to July 7, 2023.

This Stipulation is entered into for the following reasons:

1.  Defendant Robert Buckhannon is currently on supervision through the United States Probation Office in two cases: 2:14-cr-00315-JCM-VCF, and the instant case 2:22-cr-00040-JCM-EJY.

2. Previously, Defendant was sentenced to three years probation. Judgment, *United States v. Buckhannon*, No. 2:14-cr-00315-JCM-VCF (D. Nev. June 7, 2018) [ECF No. 112]. Separately, Defendant was sentenced to 24 months in prison, followed by a 3 year term of supervised release. Judgment, *United States v. Buchkhannon*, No. 1:18-cr-00169-JTN-1 (S.D. Mich. Feb. 13, 2020) [ECF. No. 86]. In 2022, Defendant's term of supervised release was transferred to Nevada. Order Accepting Jurisdiction Transfer of Probation/Supervised Release, *United States v. Buckhannon*, No. 2:22-cr-00040-JCM-EJY (D. Nev. Feb. 25, 2023) [ECF Nos. 2, 5].

3. On June 9, 2023, Defendant filed motions seeking early termination of probation/supervised release in each case. Motion, No. 2:14-cr-00315-JCM-VCF (D. Nev. June 9, 2023) [ECF No. 141]; Motion, No. 2:22-cr-00040-JCM-EJY (D. Nev. June 9, 2023) [ECF No. 7].

4. Counsel for the government has had communications with the United States Probation Office regarding Defendant's projected expiration date or dates for his terms of probation and supervised release. The communication received from the Probation Office is different from the projected date contained in Defendant's motions.

5. Counsel for the government and Counsel for Defendant anticipate discussing Defendant's motions and the position the government intends to take, and those discussions may not be completed before the June 23, 2023 deadline for the government's response.

//
//
//
//
//

6. Defendant Buckhannon is not in custody and does not object to the continuance.

Respectfully submitted this 22nd day of June, 2023.

JASON M. FRIERSON
United States Attorney
District of Nevada

*/s/ Gia Marina*                       */s/ Steven J. Rose*
GIA MARINA                         Assistant United States Attorney
Attorney for Defendant          Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00040-JCM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT BUCKHANNON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Government's deadline to respond to Defendant's Motion to for Early Termination of Supervised Release, currently set for June 23, 2023, is vacated and continued to July 7, 2023.

DATED June 23, 2023.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE